IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT ) | | CIVIL ACTION NO. |
| OPPORTUNITY COMMISSION, ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | | **COMPLAINT** |
| v. ) | | |
| ) | | |
| LAKEVIEW URGENT CARE AND ) | | **JURY TRIAL DEMAND** |
| FAMILY CLINIC, INC., ) | | |
| ) | | |
| Defendant. ) | | |

NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of race and to provide appropriate relief to Stephanie Foster who was adversely affected by the practices. The U.S. Equal Employment Opportunity Commission ("the Commission") alleges that Defendant Lakeview Urgent Care and Family Clinic, Inc. ("Defendant") discriminated against Stephanie Foster by subjecting her to a racially hostile work environment because of her race, African American. The Commission further alleges that Defendant constructively discharged Stephanie Foster because of her race.

JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e–5(f)(1) and (3) ("Title VII"), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Eastern District of North Carolina.

PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission, is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII of the Civil Rights Act of 1964, and is expressly authorized to bring this action by Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. §2000e-5(f)(1) and (3).

4. At all relevant times, Defendant has continuously been a North Carolina corporation doing business in the State of North Carolina and the City of Hope Mills and has continuously had at least fifteen employees.

5. At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce under Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Stephanie Foster filed a charge with the Commission alleging violations of Title VII by Defendant. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. From around May 2004 until around August 24, 2004, Defendant engaged in unlawful employment practices at its Hope Mills, North Carolina facility in violation of Section 703(a)(1) of Title VII, 42 U.S.C. §2000e-2(a)(1). Specifically, Defendant subjected Stephanie Foster to discrimination based on her race, African American, by subjecting her to racial harassment that created a racially hostile work environment. The racial harassment was perpetrated by a supervisor in the direct line of authority over Stephanie Foster, and included

2

unwelcome racial slurs and name-calling. As a result of the racial harassment, on or about August 24, 2004, Ms. Foster was forced to resign.

8. The effect of the practices complained of in paragraph 7 above has been to deprive Stephanie Foster of equal employment opportunities and otherwise adversely affect her status as an employee because of her race, African American.

9. The unlawful employment practices complained of in paragraph 7 above was intentional.

10. The unlawful employment practices complained of in paragraph 7 above was done with malice or with reckless indifference to the federally protected rights of Stephanie Foster.

PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant, its officers, successors, assigns, and all persons in active concert or participation with it, from maintaining a racially hostile work environment or from any other employment practice that discriminates on the basis of race.

B. Order Defendant to institute and carry out policies, practices, and programs that provide equal employment opportunities for African Americans and which eradicate the effects of its past and present unlawful employment practices.

C. Order Defendant to make whole Stephanie Foster by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of the unlawful employment practices described in paragraph 7 above.

D. Order Defendant to make whole Stephanie Foster by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraph 7 above, including medical expenses and job search expenses, in amounts to be determined at trial.

E. Order Defendant to make whole Stephanie Foster by providing compensation for past and future non-pecuniary losses resulting from the unlawful practices complained of in paragraph 7 above, including but not limited to emotional pain, suffering, inconvenience, loss of enjoyment of life, humiliation, loss of self-esteem and loss of civil rights, in amounts to be determined at trial.

F. Order Defendant to pay Stephanie Foster punitive damages for its malicious and reckless conduct, as described above, in amounts to be determined at trial.

G. Grant such further relief as the Court deems necessary and proper in the public interest.

H. Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

DATED this the 1st day of March, 2006.

Respectfully submitted,

JAMES L. LEE
Deputy General Counsel

4

GWENDOLYN YOUNG REAMS
Associate General Counsel
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
1801 L Street, N.W.
Washington, D.C. 20507

/s/ Lynette A. Barnes
LYNETTE A. BARNES
Regional Attorney
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Charlotte District Office
129 West Trade Street, Suite 400
Charlotte, North Carolina 28202


/s/ Zoë G. Mahood
ZOË G. MAHOOD
Senior Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Raleigh Area Office
1309 Annapolis Drive
Raleigh, North Carolina 27608
(919) 856-4080

ATTORNEYS FOR PLAINTIFF

5